```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

Smith

Plaintiff ,

                                Civil Action
   v.                            1:07-cv-10212-DPW

MRJ, Inc

Defendant,

## **SETTLEMENT ORDER OF DISMISSAL**

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT  IS  ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **October 26, 2007.**

                                             BY THE COURT,

                                             /S/ Richard Nici

DATED: September 26, 2007                  Deputy Clerk